UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES DEAN VIOX,<br><br>                              Plaintiff,<br>v.<br>NANCY PORTER et al.,<br><br>                              Defendants. | Case No. 3:14-cv-00357-MMD-WGC<br><br>ORDER |

## I.   DISCUSSION

On October 20, 2014, the Court entered a screening order dismissing Plaintiff's complaint in its entirety. (Dkt. no. 8 at 5.) The Court granted Plaintiff leave to amend his complaint with respect to his allegations related to his incarceration at Northern Nevada Correctional Center ("NNCC"). (*Id.*)

On October 22, 2014, Plaintiff filed a motion for clarification and asked this Court to serve the 18 defendants listed in the complaint. (Dkt. no. 10 at 1.) The Court denies this motion. Plaintiff has not stated a cognizable claim at this time. If and when Plaintiff does state a cognizable claim, the Court will order service on the defendants when procedurally applicable to do so. *See* 28 U.S.C. § 1915A(a).

## II.   CONCLUSION

For the foregoing reasons, it is ordered that the motion for clarification (dkt. no. 10) is denied.

DATED THIS 27th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE